## ~~PROPOSED~~ ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Maria Elena James<br>U.S. Magistrate Judge | RE: | Tamayo, Cristobol |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR06-00647 CRB |

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| ALLEN LEW, Supervisor | 415-436-7512 |
|---|---|
| U.S. Pretrial Services Officer | TELEPHONE NUMBER |

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____   Presiding District Court Judge_____

☑ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated ~~below:~~

☐ Modification(s)

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____     MARIA-ELENA JAMES                    10-15-07
JUDICIAL OFFICER               UNITED STATES MAGISTRATE JUDGE   DATE

Cover Sheet (12/03/02)