PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Maria Elena James<br>Chief U.S. Magistrate Judge | RE: | Tamayo, Cristobol |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR 06-00647 CRB |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

| | |
|---|---|
| Rich Sarlatte | 415-436-7508 |
| U.S. Pretrial Services Officer Assistant | TELEPHONE NUMBER |

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____  Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

1. The defendant shall maintain current employment or if unemployed shall seek and maintain verifiable employment;

2. The defendant shall participate in drug/alcohol or mental health counseling and submit to drug/alcohol testing as directed by Pretrial Services;

3. The defendant shall address his outstanding warrant from San Mateo County, California; and

4. The defendant shall participate in domestic violence counseling as directed by Pretrial Services.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____   4-18-08
Maria Elena James           DATE
JUDICIAL OFFICER
United States Magistrate Judge

Cover Sheet (12/03/02)