Martin Sabelli, State Bar No. 164772
Law Offices of Martin A. Sabelli
584 Castro Street, #851
San Francisco, CA 94114
Telephone: (415) 796-2430

Attorney for Defendant CRISTOBOL TAMAYO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0647-CRB-5 |
| ) | |
| Plaintiff, ) | **STIPULATION AND** |
| ) | **[PROPOSED] ORDER** |
| v. ) | **ALLOWING TRAVEL** |
| ) | |
| CRISTOBOL TAMAYO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Cristobol Tamayo is presently in the custody of the Federal Bureau of Prisons Program at Taylor Street Center in San Francisco, California. Good cause being stipulated between the parties,

IT IS HERBY ORDERED THAT:

Mr. Tamayo shall be temporarily released at 11:00 AM on September 27, 2008, and may travel to Santa Rosa, California so that he may attend the funeral of his aunt, Maria Salazar, which will be held at 1225 Sonoma Avenue, and the family gathering following

1 the funeral, which will be held at 2169 Erika Street.  Mr. Tamayo shall return to custody at

2 Taylor Street Center no later than 8:00 PM on the same day.

3       IT IS SO STIPULATED.

5 Date: September 25, 2008            /s/
6            Martin Sabelli
7            Counsel for Cristobol Tamayo

9 Date:  September 25, 2008            /s/
10            Timothy J. Lucey
11            Assistant United States Attorney

13       SO ORDERED.

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Maria-Elena James]

16 Date:  September 26, 2008            Maria-Elena James
17            The Honorable ~~Charles R. Breyer~~
18            United States District Judge

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL
No. CR 06-0647 –CRB-5