**FILED**

## PROPOSED ORDER/COVER SHEET

NOV 0 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**TO:**    **Honorable Maria Elena James**      **RE:**    Cristobol Tamayo
       **U.S. Magistrate Judge**

**FROM:**    **Richard W. Wieking, Acting Chief**      **DOCKET NO.:**    CR 06-00647 CRB
        **U.S. Pretrial Services Officer**

**DATE:**    **October 31, 2008**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Victoria Gibson                  510-637-3752
**U.S. Pretrial Services Officer**           **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

- [X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

- [ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

- [ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding  District Court Judge_____

- [ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

- [ ] Modification(s)

  A.

  B.

- [ ] Bail Revoked/Bench Warrant Issued.

- [ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

- [ ] Other Instructions:

_____

MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE        11-3-08
**JUDICIAL OFFICER**                **DATE**

**Cover Sheet (03/26/08)**