**FILED**

FEB 18 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CRISTOBAL TAMAYO, *et al.*,<br><br>Defendants. | Case No. CR 06 - 0647 CRB<br><br>**STIPULATION AND [PROPOSED]<br>ORDER RE RELEASE** |

The parties in the above-captioned case jointly request that Cristobal Tamayo be released from Cornell Corrections to his mother's home pending trial of this matter.

The parties make this request with the agreement of the United States Pre-Trial Services Agency (PSA) and upon the following conditions:

1. That Mr. Tamayo reside with his mother, Beatriz Tamayo, at his mother's home located at 1533 Buckboard Place, Santa Rosa, California; and

2. That Mr. Tamayo's reside only with his mother and that his brother, Victor Virelas, not reside with him or visit him without the prior consent

STIP. AND [PROP.] ORDER RE RELEASE
CR 06-0647 CRB; CR 06 – 0648 CRB

|   |   |
|---|---|
| 1 | of the PSA; |
| 2 | 3. That Mr. Tamayo submit to electronic monitoring (EM) and only to leave for |
| 3 | court, attorney and PSA visits, medical purposes and employment with prior |
| 4 | approval of PSA; and |
| 5 | 4. That all other conditions of release shall remain in full force and effect. |

IT IS SO STIPULATED.

Dated: February 10, 2008

By: /s/
MARTIN ANTONIO SABELLI CA 164772
ASSISTANT UNITED STATES ATTORNEY

Dated: February 10, 2008

By: /s/
TIMOTHY J. LUCEY CA 172332
ASSISTANT UNITED STATES ATTORNEY

ORDER

GOOD CAUSE appearing,

IT IS SO ORDERED.

Dated: February 18, 2008

By: 
MARIA ELENA JAMES
U.S. MAGISTRATE JUDGE
Northern District of California

SF1:680028.1

- 2 -

STIP. AND [PROP.] ORDER CONTINUING
STATUS CONFERENCE
CR 06-0647 CRB; 06 – 0648 CRB